■ JAMES A. PHILLIPS, as Executive Member of the Democratic Executive Committee of Queens County, Respondent, v. MEL SNITOW, Individually and as President and Executive Leader of Mel Snitow's Third A. D. Democratic Club, et al., Appellants.— Motion by respondent to dismiss appeal denied, on condition that appellants perfect the appeal and be ready to argue or submit it at the June Term, beginning May 22, 1961; appeal ordered on the calendar for said

term. The record and appellants' brief must be served and filed on or before May 10, 1961. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.